United States District Court
Southern District of Texas
**ENTERED**
December 19, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DIANA JUAREZ, § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | CIVIL ACTION H-15-1736 |
| § | |
| CAROLYN W. COLVIN, § | |
| *Acting Commissioner of the Social* § | |
| *Security Administration*, § | |
| § | |
| *Defendant*. § | |

## ORDER

Pending before the court is the Magistrate Judge's Memorandum and Recommendation ("M&R"), recommending that plaintiff's motion for summary judgment (Dkt. 15) be DENIED, defendant's cross-motion for summary judgment (Dkt. 16) be GRANTED. Dkt. 21. The M&R advises that any parties wishing to object to the M&R must do so within fourteen days. *Id.* at 60. The court has received no objections by December 14, 2016. The court, having reviewed the M&R, relevant documents in the record, and the applicable law, having received no objections, and finding no error, ADOPTS the M&R in its entirety. For the reasons stated in the M&R, plaintiff's motion for summary judgment (Dkt. 15) is DENIED, defendant's cross-motion for summary judgment (Dkt. 16) is GRANTED. A final judgment will issue consistent with this order.

Signed at Houston, Texas on December 19, 2016.

_____
Gray H. Miller
United States District Judge